NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
TRAVIS LEVERETT
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6522 / Fax: (702) 388-5087
Travis.leverett@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RONNY DELOUTH,<br><br>          Defendant. | Case No. 2:17-cr-00340-JCM-CWH<br><br>**FIRST STIPULATION TO CONTINUE REVOCATION HEARING** |

The parties jointly request that the revocation hearing scheduled for July 10, 2020 be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days because:

1.     On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-03, "the General Orders"), which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person

court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference.

2. Mr. Delouth is not in custody and agrees to the continuance.

3. The parties agree to the continuance.

DATED: July 6, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Travis Leverett*
By_____
   Travis Leverett
   Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Maggie Lambrose*
By_____
   Maggie Lambrose
   Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONNY DELOUTH,<br><br>    Defendant. | Case No. 2:17-cr-00340-JCM-CWH<br><br>**ORDER GRANTING FIRST STIPULATION TO CONTINUE REVOCATION HEARING** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing currently scheduled for July 10, 2020.

IT IS HEREBY ORDERED that the revocation hearing currently scheduled for July 10, 2020, at 11:00 a.m. is VACATED and RESET to  August 14 , 2020 at 11:00 a.m.

DATED July 8, 2020.

_____
HONORABLE JAMES C. MAHAN
United States District Judge

3