UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>RONNIE DELOUTH,<br><br>Defendant(s). | Case No. 2:17-CR-340 JCM (CWH)<br><br>ORDER |

Presently before the court is Ronnie Delouth's ("Delouth") pro se motion for a copy of his docket sheet, judgment, plea agreement, and presentence investigation report. (ECF No. 80).

Local rule IA 11-6 provides that "[u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; *all filings must thereafter be made by the attorney*." (emphasis added). Local rule IC 7-1 further provides that "[t]he court may strike documents that do not comply with these rules."

Federal Public Defender, Benjamin F. Nemec, appeared as an attorney for Mr. Delouth on June 14, 2021 (ECF No. 68). Mr. Nemec has not terminated from the case and Mr. Delouth has not applied to this court to proceed *in forma pauperis*. Thus, Mr. Delouth's motion was improperly submitted as a pro se motion without the signature of his attorney or points and authorities. (*See* ECF No. 80). If Mr. Delouth wishes to move this court for further action in this case, he must do so through his attorney or after applying to proceed *in forma pauperis*.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Mr. Delouth's motion
3  for copies of various case documents (ECF No. 80) be, and the same hereby is, DENIED, and
4  STRICKEN and held for naught.

5  The court shall strike ECF No. 80 from the docket.

6  DATED January 18, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -